**LAW OFFICE OF MICHAEL J. FATTA, PLLC**
18001 North 79th Avenue, Suite B40
Glendale, Arizona 85308
Telephone : (623) 486-0080
Facsimile  :  (623) 486-8225

Michael J. Fatta, Esq. (#020817)
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) Case No.: 2:09-bk-17854-SSC |
|---|---|
|  | ) In Chapter 7 Proceedings |
| CHRISTINE ESLIT | ) |
|  | ) MOTION TO REINSTATE CASE |
| Debtor. | ) |

The debtor, CHRISTINE ESLIT, by and through undersigned counsel, moves the Court to reinstate her Chapter 7 proceeding for the following reasons.

The debtor's bankruptcy proceeding was dismissed for the debtors failure to file a list of creditors in her bankruptcy proceeding. The shortfall has been corrected.

WHEREFORE, Christine Eslit respectfully requests that the Court reinstate her bankruptcy proceeding.

RESPECTFULLY SUBMITTED, this 23rd day of September, 2009.

**LAW OFFICE OF MICHAEL J. FATTA, PLLC**


 /s/ MJF (#020817)
Michael J. Fatta
Attorney for the Debtor