# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHRISTINE ESLIT,<br><br>Debtor. | Case No. 2:09-bk-17854-SSC<br>In Chapter 7 Proceedings<br><br>**ORDER REINSTATING CHAPTER SEVEN PROCEEDING** |

THIS MATTER came before the Court on the debtor's "Motion to Reinstate Debtor's Chapter 7 Proceeding.

THE COURT FINDS that the debtor has filed all documents that had not previously been filed, causing the dismissal to be entered.

IT IS ORDERED that this matter be reinstated

DATED: _____

_____
HON. SARAH SHARER CURLEY
Judge, U.S. Bankruptcy Court
