**SIGNED.**

Dated: October 28, 2009

_Sarah Curley_
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| CHRISTINE ESLIT,<br><br>Debtor. | Chapter 7<br><br>Case No. 09-bk-17854<br><br>ORDER SETTING EXPEDITED HEARING ON DEBTOR'S MOTION TO REINSTATE |

This matter having come before Court on the Debtor's "Motion to Reinstate Case" ("Motion") filed on September 24, 2009. The Debtor's case had been dismissed on August 5, 2009 for failure to file a list of creditors in the proper format. Even though the Debtor filed his Motion on September 24, he failed to file the list of creditors as required.[1] The Debtor filed the required documents on October 27, 2009. Pursuant to 11 U.S.C. § 521(i)(1) if an individual debtor fails to file all of the information required under subsection (a)(1), including the list of creditors, within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Debtor filed her petition on July 29, 2009, as such, the information was filed well past the 45-day deadline. However, pursuant to In re Warren, 568 F.d 1113 (9th Cir. 2009), the Court has the

---

[1] While the case was dismissed for failure to file the master mailing list, at the time of her dismissal, the Debtor had yet to file her schedules, payment advice declarations, means tests, or statement of financial affairs. The schedules and statement of financial affairs was filed on September 22, 2009. The statement of current monthly income and means test was filed on September 24, 2009. The declaration of evidence of employer payments was not filed until October 27, 2009.

authority to modify the requirements of 11 U.S.C. § 521(i)(1), even after the 45-day deadline has expired. The Court will set a hearing to determine if it appropriate to do so in this case.

Based upon the foregoing,

**IT IS ORDERED** setting an expedited hearing on the Debtor's Motion on the 5th day of November, 2009, at 2:30 p.m. in Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** directing the Clerk's Office to immediately provide notice of this Order to the Debtor and to the interested parties.

SIGNED AND DATED ABOVE